No. State 134.  SPANBAUER, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 222 N. W. 2d 708.)

Rape.  Sexual perversion and abduction.  Verdict. Deadlocked jury.  Trial court's inquiry as to progress. Numerical division volunteered.  No ground for reversal. Time limit for further deliberation not coercive.

The cause was submitted for the plaintiff in error on the brief of *Howard B. Eisenberg,* state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Christine M. Wiseman,* assistant attorney general.